IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMANI C. TOUSSAINT, SR. | : | CIVIL ACTION |
| KIMANI C. TOUSSAINT, JR. | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PROGRESSIVE FINANCIAL | : | NO. 11-CV-5613 |
| SERVICES, IN., et al. | : | |
| Defendants. | : | |

## CONFERENCE NOTICE

A Settlement Conference in the above-captioned case will be held on **February 24, 2012**, at **9:30 a.m.**, before the Honorable Timothy R. Rice, United States Magistrate Judge, in Room 3029, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

- Please notify the court if settlement is not a real possibility.

- **The conference will not be held unless counsel has clients with <u>full and complete</u> settlement authority physically present for the duration of the conference. Full and complete authority means the party's representative must possess authority consistent with the most recent demand.** [1]

Please complete the attached summary and fax it to Chambers (267) 299-5064 on or before **February 13, 2012.**

          \s\ Chavela M. Settles
          Chavela M. Settles
          Deputy Clerk to
          Magistrate Judge Timothy R. Rice
          (267) 299-7660

Date: January 19, 2012
cc: Robert P. Coco, Esquire
     Andrew M. Schwartz, Esquire

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

# SETTLEMENT CONFERENCE SUMMARY

**CAPTION:** _____

**DISTRICT COURT JUDGE:** _____     **JURY / NONJURY**
                                              **(Circle One)**
     **TRIAL/POOL DATE:** _____

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

    **Name:** _____

    **Address:** _____

    **Phone:** _____
    **Client:** _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**

    **Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):**

_____

**MOTIONS PENDING:**

_____
_____
_____

**OTHER RELEVANT MATTERS:**

_____
_____
_____
_____

**PRIOR OFFERS / DEMANDS:**

_____
_____

# ATTACH SYNOPSIS OF CASE  (LIMITED TO ONE PAGE)