IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMANI C. TOUSSAINT, JR. ET AL. | : | CIVIL ACTION |
| v. | : | |
| PROGRESSIVE FINANCIAL SERVICES, INC. ET AL. | : | NO. 11-5613 |

## ORDER

AND NOW, this 18th day of January 2012, it is hereby ORDERED that the Court accepts the filing of Plaintiff's First Amended Complaint (Doc. No. 11). The Clerk of Court is directed to amend the caption to add plaintiffs Alice Toussaint and Diana Toussaint and remove plaintiff Kimani C. Toussaint, Sr. Defendants shall respond to the First Amended Complaint by February 1, 2012.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.